# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 01-32092-dof |
| Jeffrey Lindquist and Stacey Lindquist | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____ / | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Jeffrey Lindquist | Debtor Refund | | | 713648 | $11.10 |

Dated: July 16, 2010

    /s/Carl L. Bekofske
    Carl L. Bekofske,
    Standing Chapter 13 Trustee
    400 N. Saginaw St., Ste 331
    Flint, MI 48502
    Telephone: (810) 238-4675
    Fax: (810) 238-4712
    Email: ECF@flint13.com
    P10645